JOHN H. ZOLLER, Appellant, v. DORA M. ZOLLER, Respondent.—

Heffernan, Schenck and Foster, JJ., concur; Hill, P. J., and Bliss, J., concur for modification but vote for an allowance of $350. [See *ante,* p. 984.]